**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 26, 2011

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **O'Neill v. Hooten**
**11 CV 541 (DLI) (SMG)**

Dear Magistrate Judge Gold:

I represent the plaintiff in the above matter.  I apologize to the Court for having missed the conference as it was not intentional as it was not diaried unfortunately as shortly after the filing of the matter my client informed me that she had settled the underlying debt with the defendant's law firm (defendant in the within matter).  This agreement included that this matter be dismissed which was actually of somewhat a surprise which resulted my having to follow my client's wishes and of course not pursue this matter.

After filing this letter via ECF, I shall prepare and file a stipulation of discontinuance.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein